UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
LOCAL #46 METALLIC LATHERS UNION  **MEMORANDUM AND ORDER**
AND REINFORCING IRON WORKERS      11-CV-4159 (FB) (VVP)
WELFARE TRUST, et al.,

               Plaintiffs,

  -against-

INTEGRATED STRUCTURES, CORP.,

               Defendant.
-------------------------------------------------------------x

*Appearances:*
*For the Plaintiffs:*
JOSEPH S. KAMING
KAMING & KAMING, ESQS.
156 East 65th Street
New York, NY 10065

**BLOCK, Senior District Judge:**

      On September 6, 2012, Magistrate Judge Pohorelsky issued a Report and Recommendation ("R&R") recommending that the Court deny the plaintiffs' motion for default judgment as originally filed, and deem the motion to have been re-filed as of July 30, 2012, the date upon which the plaintiffs satisfied the procedural requirements for making such a motion. According to the docket, objections were to be filed by September 24, 2012. To date, no objections have been filed.

      When no objections are filed, the Court reviews an R&R for clear error. *See Eisenberg v. New England Motor Freight, Inc.*, 564 F. Supp. 2d 224, 226 (S.D.N.Y. 2008) (district courts may adopt a report and recommendation "to which no [] objection is made, as long as

the factual and legal bases supporting the findings and conclusions set forth . . . are not clearly erroneous or contrary to law."). The Court has reviewed the R&R and finds no error, clear or otherwise. The Court therefore adopts the R&R in its entirety and directs the Clerk to enter judgment accordingly.

**SO ORDERED.**

FREDERIC BLOCK
Senior United States District Judge

Brooklyn, New York
September 25, 2012